UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RANDY HUTCHINS,

                    Plaintiff,

  -against-

JO ANNE B. BARNHART, Commissioner of the
Social Security Administration,

                    Defendant.
-------------------------------------------------------------X

JUDGMENT
05-CV-0205 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 16 2005 ★
BROOKLYN OFFICE

      An Order of Honorable David G. Trager, United States District Judge, having filed on December 9, 2005, remanding the case to the Commissioner for the reasons set forth on the record at the hearing held on December 9, 2005, pursuant to sentence four (4) of 42 U.S.C. § 405(g); it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the case is remanded to the Commissioner for the reasons set forth on the record at the hearing held on December 9, 2005.

Dated: Brooklyn, New York
       December 12, 2005

                                                  s/Robert C. Heinemann
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court